# EXHIBIT A



4809 N Ravenswood Ave
Suite 419
Chicago, IL 60640

Local: 312-224-4695
Toll-free: 888-572-0176
Fax: 312-253-4451
www.agrusslawfirm.com
jackie@agrusslawfirm.com

April 28, 2017

*Via USPS*

Spectrum f/k/a Bright House Cable
12405 Powerscourt Dr.
Saint Louis, MO 63131-3673

Re:   Martha Cadawan
      ███████9805

To Whom It May Concern:

Please stop all further communications with Martha Cadawan. Agruss Law Firm, LLC represents Martha Cadawan in a claim against Spectrum f/k/a Bright House Cable. Spectrum f/k/a Bright House Cable is calling Martha Cadawan on the cellular telephone number indicated above attempting to collect an alleged debt.

Sincerely,

Jackie Laino